### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| JACKIE L BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 5:25-CV-79 (MTT) |
| | ) |
| HORST SHEWMAKER, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Pro se plaintiff Jackie L Baker filed this lawsuit against Horst Shewmaker. Doc. 1. Baker also moved to proceed *in forma pauperis* ("IFP"). Doc. 2. The Court granted Baker's motion to proceed IFP and ordered Baker to file an amended complaint no later than April 14, 2025. Doc. 3.

The time for compliance passed without a response from Baker. As a result, Baker was ordered to respond and show cause why his lawsuit should not be dismissed for failing to follow the Court's orders and instructions. Doc. 4. Baker was given until May 6, 2025 to comply with the Court's orders and instructions and warned that failure to comply could result in dismissal of this action. *Id*.

The time for compliance has again passed without a response from Baker. As Baker was previously warned, the failure to comply with the Court's orders and instructions is grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th

-2-

Cir. 1978))[1].  Accordingly, Baker's complaint (Doc. 1) is **DISMISSED without prejudice**.

    **SO ORDERED**, this 21st day of May, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981.  *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).