IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JACKIE L BAKER, | * |
| Plaintiff, | * |
| v. | Case No: 5:25-cv-00079-MTT |
| | * |
| HORST SHEWMAKER, | |
| | * |
| Respondent. | |
| | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated May 21, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 22nd day of May, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk